HON. RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| HOUSTON CASUALTY COMPANY, a Texas corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AWASHINGTON, LLC, a Washington limited liability company; APIZZA, LLC, a Washington limited liability company; AJAY KESHAP, an individual; ANDY DUNN, an individual; VANESSA HEROLD, an individual; and OKYEREMAH NYANNOR, an individual,<br><br>Defendants. | No. 24-cv-01647-RAJ<br><br>STIPULATED MOTION TO STAY<br><br>NOTED FOR HEARING: 3/26/2025 |

The parties, by and through their undersigned counsel, jointly request that the Court stay this matter pending final settlement of the underlying class actions that are the subject of this insurance coverage dispute.

In this suit, Plaintiff Houston Casualty Company seeks a declaration as to coverage for two class action lawsuits pending against its insureds, captioned *Okyeremah Nyannor v. Apizza, LLC, et al,* King County Superior Court Cause No. 24-2-11156-5 SEA and *Vanessa Herold v.*

STIPULATED MOTION TO STAY AND (PROPOSED) ORDER 2:24-cv-01647-RAJ) – 1

WILSON SMITH COCHRAN DICKERSON

1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

*Awashington, LLC, et al*, King County Superior Court Cause No. 24-2-05194-5 SEA (collectively, the "Class Actions"). A settlement in principle has been reached among the parties in the Class Actions. However, the settlement agreement in the Class Actions is in the process of being finalized and will be subject to court approval, class certification, notice to the class members, and the number of opt out class members being within the limits to be included in the settlement agreement. As a result, while the parties anticipate that the settlement will ultimately be consummated, it may be 8-10 months before that is confirmed. If those Class Action settlements are approved and the cases dismissed, the pending insurance coverage dispute will become moot.

Accordingly, the parties[1] request that the Court enter a stay in this action pending confirmation that the Class Action settlements have been approved and those actions dismissed. If those actions are dismissed pursuant to the settlement, the parties will file a dismissal of this action, with all parties to bear their own costs. If the Class Action settlements are not consummated for any reason, the parties will apprise the Court and request that the stay be lifted in this action.

DATED this 25th day of March, 2025.

By: *s/ Lisa C. Neal*
Lisa C. Neal, WSBA No. 25686
Wilson Smith Cochran Dickerson
1000 2nd Avenue, Suite 2050
Seattle, WA 98104
 (206) 623-4100 P
l.neal@wscd.com
Attorney for Plaintiff Houston Casualty Company

---

[1] Parties Herold and Nyannor were voluntarily dismissed *via* this Court's Minute Order at Doc. No. 36.

STIPULATED MOTION TO STAY AND (PROPOSED) ORDER 2:24-cv-01647-RAJ) – 2

WILSON SMITH COCHRAN DICKERSON
1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

By: *s/ Terrence R. McInnis*
Terrence R. McInnis, CA No. 155416 *pro hac vice*
Troutman Pepper Locke LLP
11682 El Camino Real, Suite 400
San Diego, CA 92130
(949) 622-2705 P
terrence.mcinnis@troutman.com
Attorney for Plaintiff Houston Casualty Company


By: *s/ Dubs Herschlip*
Dubs Herschlip, WSBA No. 31652
DUNLAP BENNETT & LUDWIG
627 5TH Street, Suite 203
Mukilteo, WA 98275
(425) 209-0022 P
dubs@dbllawyers.com
Attorneys for Defendants AWashington, Apizza, Ajay Keshap, Andy Dunn


### **ORDER**

Based on the above Stipulation, and finding good cause to stay the matter, IT IS ORDERED that:

This case is STAYED. The parties are directed to file a status report to the Court by _____, 2025.

DONE IN OPEN COURT this \_\_\_\_\_ day of _____, 2025.

_____
The Honorable Richard A. Jones

STIPULATED MOTION TO STAY AND (PROPOSED) ORDER 2:24-cv-01647-RAJ) – 3

WILSON SMITH COCHRAN DICKERSON
1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

# CERTIFICATE OF SERVICE

The undersigned certifies that under penalty of perjury under the laws of the State of Washington that on the below date I caused to be served the foregoing document on:

**Attorney for Defs. AWashington LLC,
Apizza LLC, Ajay Keshap, Andy Dunn**
Dubs Herschlip
Dunlap Bennett & Ludwig PLLC
627 5th St., Ste. 203
Mukilteo, WA 98275
(  ) Via U.S. Mail
(  ) Via Facsimile
(  ) Via Hand Delivery
( x ) Via Email ECF:  dubs@dbllawyers.com


**SIGNED** this 26th day of March, 2025, at Seattle, Washington.

*s/Becky Phares*

_____
Becky Phares

STIPULATED MOTION TO STAY AND
(PROPOSED) ORDER 2:24-cv-01647-RAJ) – 4



1000 Second Avenue, Suite 2050
Seattle, Washington  98104
Telephone: (206) 623-4100
Fax: (206) 623-9273